AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Michelle Petersen (312) 886-7655

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 21 CR 21 |
| v. | **UNDER SEAL** |
| WILLIAM MCBETH,<br>also known as "Tony" | FILED<br>JAN 1 2 2021<br>MAGISTRATE JUDGE<br>GABRIEL A. FUENTES |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From in or around December 2015 through in or around January 2016, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1591(a) | in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely Minor A, having a reasonable opportunity to observe Minor A, and knowing and in reckless disregard of the fact that Minor A had not attained the age of 18 years and would be caused to engage in a commercial sex act. |
| Title 18, United States Code, Section 1343 | knowingly devised, intended to devise, and participated in a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts and, for the purpose of executing the above-described scheme, knowingly caused to be transmitted by means of a wire communication in interstate commerce certain writings, signs, and signals. |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

*Tenzin Atsatsang by SS*

TENZIN ATSATSANG
Special Agent, Federal Bureau of Investigation
(FBI)

Pursuant to Fed. R. Crim. P. 4.1, the above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 12, 2021

*Judge's signature*

City and state: Chicago, Illinois

GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT     )
                                        )
NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, Tenzin Atsatsang, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately November 2005.

2.     As part of my duties as a FBI Special Agent, I investigate criminal violations relating to child exploitation, including investigations concerning child pornography and human trafficking. I also investigate individuals who recruit people, including minors, to engage in commercial sex acts. I have participated in the execution of multiple federal search warrants and arrest warrants.

3.     This affidavit is made in support of an application for a warrant to arrest William MCBETH, also known as 'Tony," for sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591(a), and wire fraud, in violation of Title 18, United States Code, Section 1343.

4.     The statements in this affidavit are based on my personal knowledge, on information I have received from other law enforcement personnel, on information received from persons with knowledge regarding relevant facts, and on my review of records including hotel records, cell phone records, and financial records. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I

1

have set forth facts that I believe are sufficient to establish probable cause to believe that William MCBETH committed the offenses of trafficking Minor A, in violation of Title 18, United States Code, Section 1591(a), and wire fraud, in violation of Title 18, United States Code, Section 1343.

## I.    FACTS SUPPORTING PROBABLE CAUSE

### *Background of the Investigation*

5.    As explained below, an investigation of sex trafficking of minors has uncovered evidence that William MCBETH, also going by the name "Tony," engaged in the sex trafficking of Minor A, who was then fifteen years old, in Chicago and surrounding suburbs in and around December 2015 and January 2016. William MCBETH also transported or caused Minor A to be transported to Wisconsin and back to Illinois in or around December 2015.

6.    As explained below, Minor A told law enforcement that when she was 15-years old, MCBETH transported her to various locations in Chicago and the surrounding suburbs where she engaged in commercial sex acts, giving the proceeds to MCBETH. In order to facilitate those commercial sex acts, MCBETH provided Minor A with condoms, clothes, and new makeup.

7.    In late December 2015, MCBETH purchased a vehicle at a dealership in Arlington Heights, Illinois, making a cash down payment and applying for an automobile loan for the remainder of the purchase price. On that loan application, MCBETH did not reveal funds from commercial sex acts as a source of income.

2

8.    Instead, he falsely claimed he worked at a plumbing company, supplying fictitious paystubs in support of his loan application.

### *Trafficking of Minor A*

9.    In approximately late December 2015, staff members at an Illinois Department of Children & Family Services (DCFS) residential group home (Group Home A) learned from Minor A that she engaged in commercial sex acts and gave the funds to a man named "Tony."[1]  At that time, Minor A was fifteen years old and was a resident of Group Home A.

10.    On or about February 17, 2016,[2] Minor A was interviewed by a forensic interviewer, and that interview was audio and video recorded.  Additionally, law enforcement interviewed Minor A multiple times between December 2015 and January 2021.[3]

11.    According to Minor A, in the middle of December 2015, Minor A wanted to make some money to purchase items for herself and to buy Christmas presents for

---

[1] As set forth in more detail below, in 2016, Minor A identified "Tony" as MCBETH by identifying an picture from MCBETH's Illinois Secretary of State identification card as the man she knew as "Tony."

[2] All dates, times, and dollar amounts in this affidavit are approximate.

[3] Minor A has no adult arrests or convictions, and has three juvenile arrests, the disposition of which is currently unknown.  On occasions when Minor A has met with law enforcement, she was provided with transportation and meals, as well as any witness fees allowable under the applicable statutes.  Minor A was provided with referrals to organizations that provide services for trafficking victims, and was also introduced by your affiant to an employee at the City Colleges of Chicago, where Minor A was considering enrolling in classes.  Additionally, Minor A was provided with a bag of hygiene and comfort items that had been donated by a non-profit organization.

3

others. Minor A approached another minor who lived at Group Home A, Minor B, and asked Minor B if Minor B could help Minor A earn some money.

12. According to Minor A, on or about Thursday, December 17, 2015, Individual A[4], an adult male, picked up Minor A and Minor B from the street outside Group Home A. Minor A said that Individual A was friends with Minor B. Minor A explained that once they got into the car, Individual A and Minor B did some cocaine. Minor A then said that they then drove to multiple locations, and met with two men in a BMW. Minor A said that there were two men in the BMW, Individual B and a man who Minor A later knew as "Tony" (MCBETH). Minor A said that Tony and Individual B were nicely dressed in clothes that looked expensive. Minor A said that Tony's hair was styled in longer dreadlocks, and that the tips of his dreads were lighter brown.

13. According to Minor A, Tony (MCBETH), approached Individual A's car. Tony asked Minor A how old she was, but before she could answer, Minor B told Tony that Minor A was nineteen years old. Minor A then agreed that she was nineteen years old. Minor A explained to law enforcement that she thought that, if Tony knew she was fifteen-years old he would not want to hang out with her.

---

[4] Minor A did not know the full legal names of Individuals A-G; for several of them, she only knew them by first names which were not the individuals' true first names. As set forth below, Minor A identified Individuals A, C, D, and G by reviewing pictures of those individuals from their Illinois Secretary of State identification cards.

14.     Minor A said that she ended up getting into the BMW with Tony, and once she was inside, Tony and Individual B turned on the interior light of the car, turned around and looked at her, and smiled.  Minor A said that she drove around with Tony and Individual B for a while, smoking marijuana provided by Tony and Individual B.  Minor A thought that Minor B and Individual A were going to come back and meet up with her, but when they did not, Tony and Individual B took Minor A to a hotel, the Travel Inn in Broadview, Illinois.

15.     Minor A said that while in the hotel room with Tony, he asked her if she was trying to make some money, and she said yes.  Minor A said, at that time, she was not sure exactly how she would be earning money with Tony.  Tony told Minor A to get ready, and shortly thereafter he took her outside and got into a van driven by Individual C, an adult male, with another adult male inside, Individual D.  They traveled together in the van, dropping off Individual D and picking up a woman, Individual E.  They then all went back to the Travel Inn.

16.     According to Minor A, once back at the Travel Inn, they met up with another woman, Individual F, and then Minor A, Tony, Individual F, and Individual D got into Individual F's vehicle and drove around.  Minor A said that the individuals in the car provided her with alcohol and marijuana, and that she was smoking and drinking in the car.

17.     Minor A said that while driving around, the others in the car were answering phone calls, talking about doing "outcalls."  Minor A said at the time, she

5

did not know what an "outcall" was. Based on my training and experience, an "outcall" is when an individual arranges to perform a commercial sex act at a customer's residence or at a location of a customer's choosing. Minor A said that sometimes Individual D would pick up the phone and answer it using a female voice.[5]

18.     Minor A said that, at one point, the car stopped and the female in the car, Individual F, got out of the car. Minor A said that she had to go to the bathroom, and followed Individual F out of the car. According to Minor A, they went into a house where she and Individual F both used the bathroom. Minor A said there was a man in the house. After they used the bathroom, a man from the house went into the bathroom, and Individual F took off her clothes and told Minor A to do the same. Minor A said, at that point, she realized they were in the house to perform a commercial sex act. Minor A said the man gave Individual F money, and that both she and Individual F then engaged in oral sex with the man. When they returned to the car, Minor A saw Individual F give the money they had earned to Individual D.

19.     According to Minor A, the individuals in Individual F's car then drove back to the Travel Inn, where she and Tony went into the room and went to sleep.

20.     According to an initial review of historical cell site records obtained from T-Mobile, Minor A's phone utilized cell phone towers consistent with the phone being

---

[5] During an interview with law enforcement in November 2018, according to the interview report, Minor A told law enforcement that Individual D selected dates for Minor A.

near the Travel Inn at multiple times between approximately 10:00 p.m. on December 17, 2015 and 12:00 p.m. on December 18, 2015.[6]

21. According to Minor A, on the morning of Friday, December 18, Tony told Minor A to get into Individual C's van. Tony, Minor A, Individual C, Individual D, and Individual E then drove downtown, where Tony, Minor A, Individual D, and Individual E went into the Macy's located in the Water Tower shopping mall in Chicago. The four of them went to the makeup counter together, and Individual E and Minor A got their makeup done. According to Minor A, Tony described to the woman doing the makeup how he wanted Minor A to look, and it was Minor A's impression that Tony wanted Minor A to look more mature based on how he was describing how he wanted her to look. Minor A explained that getting makeup done at Macy's is free if you also purchase products, so Tony[7] purchased products for Minor A and Individual D purchased products for Individual E.

22. According to an initial review of historical cell site records, Minor A's cellular phone used a cell tower consistent with the phone being near the Macy's location at approximately 1:00 p.m. on December 18, 2015.

---

[6] Minor A provided to law enforcement the phone number that she used during December 2015 and January 2016. Minor A's historical cell site records were obtained from T-Mobile pursuant to a federal court order as part of a sex trafficking investigation of another target, whose victims included Minor A and Minor B.

[7] Minor A has made statements on multiple occasions to law enforcement about the trip to Macy's. In all but one report of interview, Minor A identified Tony as the individual who paid for the makeup. According to that interview report, Minor A identified another individual as the one who paid for her makeup at Macy's.

23. Based on my training and experience, and the training and experience of other law enforcement personnel with whom I have consulted, it is common for traffickers to provide often pay for hair products, makeup, manicures, lingerie, and other maintenance for the people who are engaging in commercial sex acts.

24. Minor A said that after they left Macy's, they drove to a residence in Chicago, which was on a busy street and on the second floor of a building. Minor A said that Tony handed her a condom, and that she went into the residence. There was a man in the residence, who handed Minor A approximately $200, and she had sex with that man. After that, she came outside, got back into the vehicle, and handed Tony the money she had earned.

25. Minor A said that Tony and the others took her back to Group Home A on the evening of Friday, December 18, 2015. Minor A said that Tony gave her approximately less than $30 of the money that she had earned. When Minor A got back, she was frustrated with Group Home A staff, and decided to go back out with Tony. Minor A contacted Tony to arrange to go out with him again. Minor A said she stayed at Group Home A on Friday night.

26. According to Minor A, early the next morning, Saturday morning, Tony called Minor A and told her that he would come and get her. According to records obtained from T-Mobile, on Saturday, December 19, 2015, at approximately 7:31 a.m., Minor A's phone number received a call from a phone number ending in 8842

(MCBETH Phone).[8]  According to records obtained from Sprint via administrative subpoena, during the relevant time period, the subscriber for the MCBETH Phone was William MCBETH.

27.     According to Minor A, after Tony called her, he picked Minor A up from Group Home A on Saturday morning.  Between on or about Saturday, December 19, and on or about Thursday, December 24, Minor A was transported by Tony to various locations in Chicago and the suburbs, where she engaged in commercial sex acts with customers and provided the money she earned to Tony.[9]  As described below, Tony also took Minor A to Wisconsin during this time period.

28.     Minor A explained that Tony provided her with condoms, and that at one point, he also took her to a clothing store and bought her a new dress to wear on her commercial sex appointments. Minor A also said that Tony supplied her with marijuana and liquor.  Minor A explained that she stayed in hotel rooms with Tony, and that sometimes other associates were also with Tony.[10]

---

[8] As set forth below, MCBETH also provided his cellular phone number as the MCBETH Phone to an automobile dealership in connection of his purchase of an automobile in late December 2015.

[9] Minor A explained that it was Tony who would set the rates of how much she was to charge the customers.  Minor A also explained that, at least for some of the dates with customers, she told the customers that various sex acts were an extra charge, and she kept the amount that she earned over the amount that Tony had told her to charge, and did not tell Tony she had earned the extra money.

[10] According to a report of interview from November 2018, Minor A told law enforcement that she did not engage in commercial sex acts at hotels, only in residences.  According to a report of interview from December 2018, Minor A told law enforcement that she stayed at a Holiday Inn and engaged in commercial sex acts there.

29. According to Minor A, at various points another woman, Individual G was with Tony, and that Individual G also performed commercial sex acts.[11] Minor A described Individual G as Tony's girlfriend. Minor A said that there were multiple occasions when she and Individual G would meet with a customer together, and would both perform sex acts with the customer in exchange for money.

30. According to Minor A, at one point when she was with Tony, she talked to Minor B on the phone. Minor B told Minor A that there was a Backpage ad for Minor A. Based on my training and experience, Backpage was a website that was frequently used to post advertisements for commercial sex acts. Minor A said that, at the time, she did not know what Backpage was. Minor A asked Tony if he put pictures of her (Minor A) on Backpage, and Tony told Minor A there were no pictures of Minor A on Backpage.

31. According to a search of the Spotlight database[12], a database that collects commercial sex advertisements, in December 2015 there were Backpage ads

---

[11] Individual G was interviewed by law enforcement in 2018. Individual G told law enforcement that Individual G formerly performed commercial sex acts by advertising on Backpage, but that Individual G had stopped performing commercial sex acts approximately two years prior to the interview. Individual G was shown a photograph of Minor A, and Individual G told law enforcement she did not recognize Minor A. In December 2020, during law enforcement surveillance, I saw Individual G and MCBETH exiting a residence together and getting to the same vehicle. I am family with the appearance of Individual G and MCBETH based on my review of their photographs on their Illinois Secretary of State identification cards.

[12] Spotlight is a tool which aggregates online advertisements for sex and is created and hosted by a non-profit group named Thorn. *See* www.thorn.org/spotlight (last accessed January 8, 2021). Backpage was seized by the federal government in 2018, and the servers and business records of Backpage are now in the possession of the federal government. *See* https://www.justice.gov/opa/pr/justice-department-leads-effort-seize-backpagecom-internet-

that listed a phone number ending in 0195, which is associated with Individual G as discussed below. The advertisements were posted from on or about December 19, 2015, to on or about December 22, 2015. Two of the advertisements posted on December 19 and 20, 2015, were titled "Two Hot Girls = $200 Call Now (your Going to love us)- 19," and depicted images of a scantily clad females and provided names of the females as Gia and Mya. I am familiar with the appearance of Minor A from interviewing Minor A, and with the appearance of Individual G from surveillance and from reviewing her Illinois Secretary of State identification picture. None of the pictures on the identified Backpage advertisements are of Minor A or Individual G. Based on my training and experience, it is not uncommon for individuals who are advertising commercial sex acts on websites like Backpage to use pictures of people other than the people who are available to perform commercial sex acts to attract customers.

32.     Minor A said that, during that time period she was with Tony before Christmas, she went with Tony and Individual G to visit Individual G's children and drop off Christmas presents for them. Minor A did not know exactly where she was when she went to visit the children, but recalled being on the highway a long time and thought she was in another state. Minor A recalled she saw a sign on the highway for Wisconsin.

---

s-leading-forum-prostitution-ads (last accessed January 8, 2021). I am currently in the process of obtaining and reviewing these Backpage advertisements from the retained Backpage data.

33.   According to an initial review of historical cell site information, in the early evening of December 21, 2015, Minor A's phone utilized cell phone towers in locations consistent with travel in a northern direction on Interstate 43, in the direction of Sheboygan, Wisconsin. As discussed below, Individual G rented a hotel room using a Wisconsin driver's license listing an address in Sheboygan, Wisconsin.

34.   Minor A explained that she also went with Tony to a dealership in the Chicago area, where she stayed in the car. Minor A said that Tony purchased a Lexus vehicle, which information is corroborated as described in more detail below.

35.   According to Minor A, Tony returned her to Group Home A on or about December 24, 2015. Tony kept most of the money that Minor A had made performing commercial sex acts, only giving Minor A a small amount. Minor A stated that after December 24, 2015, she continued to receive phone or text communications from Tony, asking Minor A if Minor A wanted to come back and work, and also discussing whether or not Minor B wanted to come and work for Tony.

36.   According to records from T-Mobile, between December 17, 2015 and January 12, 2016, there were approximately 171 telephonic contacts between Minor A's phone number and a phone number ending in 8842 (MCBETH Phone).

37.   According to a March 2016 interview of Employee A, a former employee of Group Home A, on or about January 6, 2016, four men showed up to Group Home A asking for Minor B's "girls," who Employee A understood to include Minor A.

12

Employee A was shown photographs[13] of MCBETH and Individual A, and identified those photographs as two of the four men who came to Group Home A in January 2016.

38. On or about March 2, 2016, law enforcement showed Minor A photographs taken from the Illinois Secretary of State driver's license and identification records. The photographs were shown to Minor A without any identifying information attached. Minor A identified a photograph of William MCBETH as "Tony."[14] Minor A also identified photographs from Illinois Secretary of State identification records of Individuals C, D, and G.

### Hotel Records Associated with MCBETH and Minor A

39. In August 2017, an employee of the Travel Inn, Employee B, was interviewed. Employee B stated she was familiar with MCBETH, who had previously stayed at the Travel Inn on multiple occasions. Employee B stated that MCBETH was no longer allowed to stay at the Travel Inn because he was bringing young girls there for the purpose of commercial sex. Employee B showed law enforcement MCBETH's customer profile in the computer system, which contained a picture of MCBETH which appeared to come from an identification card, as well as some notes about MCBETH, including a note that said "With [Individual G]."

---

[13] Employee B was shown photographs from the Illinois Secretary of State that were from the individuals' drivers' licenses and/or identification cards.

[14] MCBETH has previously used the name "Tony" as an alias name. According to a Chicago Police Report, on July 21, 2008, MCBETH was arrested following a traffic stop and claimed he did not have a driver's license. His name on the arrest report was listed as "Tony Taylor."

40.     In August 2017, a second employee of the Travel Inn was interviewed, Employee C. Employee C also told law enforcement that MCBETH had previously stayed at the hotel with his girlfriend, Individual G, and other young girls. Employee C said he believed that the young girls with MCBETH were engaging in commercial sex, and that the young girls with MCBETH would only talk or interact with MCBETH and Individual G. Employee C also said that sometimes MCBETH would be with Individual D, and that MCBETH and Individual D referred to each other as each others' cousins. Employee C said that sometimes MCBETH stayed in rooms rented in the names of others, including Individual G.

41.     Employee C recalled that a few months prior to the interview, Employee C knocked on a door of a room rented by MCBETH because Employee C needed to get the room ready for the next guest. A young girl opened the door; Employee C asked if she was ok, but before she could respond, MCBETH returned to the hotel in his vehicle, traveling at a high speed. MCBETH approached the girl and Employee C and began to yell at the girl for opening the room door for Employee C. Employee C stated that he ultimately reported MCBETH to the Broadview Police Department.

42.     According to records provided by the Travel Inn employees, there was a hotel room stay in MCBETH's name on the night of December 23, 2015 for one night. Additionally, there were hotel room stays in Individual D's name on the nights of

14

December 15 through 17, 2015, with a notation that there was a check-out on December 18, 2015 at 11:00 a.m.[15]

43.     As stated above, according to an initial review of historical cell site records, obtained from T-Mobile, Minor A's phone used cell phone towers in location consistent with the Travel Inn at multiple times between approximately 10:00 p.m. on December 17, 2015 and 12:00 p.m. on December 18, 2015. Additionally, Minor A's phone was in a location consistent with the Travel Inn from approximately 3:20 p.m. to 7:00 p.m. on December 23, 2015.

44.     According to records provided by the Motel 6 located at 1000 W. Devon Avenue in Elk Grove Village, Illinois, there were hotel stays in Individual G's name at the Motel 6 from December 19, 2015 to December 21, 2015 and again from December 22, 2015 to December 23, 2015. According to the hotel records, during the check-in process Individual G provided a Wisconsin Driver's license which listed an address in Sheboygan, Wisconsin.

45.     According to an initial review of historical cell site data for Minor A's phone, from December 19, 2015 to December 21, 2015 and from December 22, 2015 to December 23, 2015, Minor A's phone used cell phone towers at a location consistent with the Motel 6 at 1000 W. Devon Avenue in Elk Grove Village, coinciding with the dates Individual G had hotel stays in her name.

---

[15] During interviews with law enforcement, Minor A recalled staying in a room number at the Travel Inn which is different than the room number in the Travel Inn records for Individual D and MCBETH.

46.     In December 2016, Minor A provided law enforcement with consent to search her Facebook account. In January 2017, Facebook provided law enforcement with Facebook records related to Minor A pursuant to a federal search warrant.[16] (17 M 26).

47.     I reviewed the records provided by Facebook related to Minor A's Facebook account, and found multiple "selfie" photographs of Minor A that appeared to be taken inside a hotel room. In those photographs, Minor A is wearing an outfit that appears to be a dress, or a skirt and a top.

48.     The records from Facebook related to these photographs contain Facebook Exchangeable Image File "EXIF" data. Based on my training and experience, EXIF data is a standard means of tagging image files with metadata, or additional information about the image. This EXIF data captured the latitude and longitude coordinates where the image was taken. According to that location data, these photographs were taken at or very near to the Motel 6 at 1000 W. Devon Avenue in Elk Grove Village. Additionally, the EXIF data shows these photographs were last modified on either December 20, 2015 or December 23, 2015. These dates coincide with the hotel room stays in Individual G's name at Motel 6, as well as the location of Minor A's cell phone in a location consistent with Motel 6 on those dates.

---

[16] Although Minor A consented to a search of her Facebook account, Facebook will not provide law enforcement with Facebook data without a court order. The government obtained a search warrant for Minor A's Facebook account as part of a sex trafficking investigation of another target, whose victims included Minor A and Minor B.

### *MCBETH Purchases a Vehicle With a Fraudulent Loan Application*

49.     According to Minor A, while she was with MCBETH, they traveled to an automobile dealership near a highway, where she stayed in the car and MCBETH went into the dealership to purchase the automobile. Minor A could not remember the name of a dealership, but remembered it was near a highway and that she could see a Nissan sign. I visited Arlington Lexus, which is located off of IL-53, a divided highway, and is also located next to Arlington Nissan, which has large Nissan signage.

50.     Minor A further recalled that Tony did not leave the dealership with the Lexus the day she went with him. Instead, Minor A said that Tony went back and got it later, and she saw him driving it and that she also rode in the Lexus.

51.     According to an initial review of historical cell site data for Minor A's phone, on December 22, 2015, at approximately 9:53 p.m., Minor A's phone used a cell phone tower at a location consistent with Arlington Lexus.

52.     According to records from Dealership A, on or about December 23, 2015, MCBETH purchased a 2008 Lexus sedan, with a purchase price of approximately $10,993, with additional funds due for a car warranty and other fees and taxes. A copy of MCBETH's Illinois identification card was maintained in the records of Dealership A.

53.     According to the records from Arlington Lexus, there were numerous documents related to this transaction, including documents dated both December 22,

17

2015 and December 23, 2015. In the dealership's file for the MCBETH transaction, there is a privacy notice with a signature line for MCBETH that is dated December 22, 2015. Another example of a document dated December 22, 2015, is a document titled "Cook County Sales Tax Verification" which is dated December 22, 2015 at 9:09 p.m., bearing a signature for the "client," listed as "William B. McBeth," as well as the manager. The time on this form is consistent with Minor A's cell site data, as set forth above.

54. According to the records from Arlington Lexus, for the down payment for the vehicle, the dealership received $2,000 in cash from MCBETH on December 23, 2015 at approximately 2:24 p.m., which was a down payment for the Lexus sedan. According to the dealership's records, the remaining funds for the purchase of the car came from a vehicle loan from Toyota Motor Credit Corporation.

55. According to the records of Arlington Lexus, MCBETH provided a list of references along with his loan application. One of the references was Individual G, with a phone number ending in 0195 – the same phone number listed on the Backpage advertisement described above. Individual A was also listed as a reference on the form.

56. According to the records of Arlington Lexus, MCBETH's handwritten loan application listed as his employer as "Lake Shore Swer [sic] Plumbing" where MCBETH claimed he had worked for three years. The handwritten loan application further represented that MCBETH had a monthly income from employment of

$3,600. The application also listed the "nearest relative not living with you" as Individual G, with a phone number ending in 0635. Additionally, MCBETH listed his cellular phone number as the MCBETH Phone, with a number ending in 8842.

57. According to the records of Arlington Lexus, MCBETH also provided copies of documents purporting to be paystubs from "LAKE SHORE PLUMBING" located at 5012 W. Belmont Avenue in Chicago. The phone number on the paystubs that purported to be LAKE SHORE PLUMBING's phone number is the same phone number ending in 0635 that MCBETH listed on his credit application as Individual G's phone number.

58. I have viewed 5012 W. Belmont Avenue in Google maps. Based on the images in Google maps, it appears the entire 5000 block of West Belmont in Chicago is the grounds of the Foreman College and Career Academy, which is a Chicago Public School.[17]

59. I have also interviewed the owner of a similarly-named plumbing business, "Lakeshore Plumbing, Inc.," which is located on Elston Avenue in Chicago. The owner said the company was opened in 1998, and he has never had an employee named William MCBETH. The owner reviewed the copies of the paystubs that MCBETH provided to Arlington Lexus, and stated the paystubs did not come from his company. The owner stated that he was not aware of any other company using

---

[17] According to the Foreman website, this school was opened in 1928. *See* www.foremancca.org (last visited January 7, 2021).

the name Lakeshore Plumbing in Chicago, and that he has never had an office at 5012 W. Belmont in Chicago.

60.     According to the records of the Illinois Department of Employment Security, no employer reported wages for MCBETH during the last quarter of 2014 nor any of the quarters of 2015. Additionally, according to the records of the Illinois Department of Employment Security, while Lakeshore Plumbing, Inc., did report wages for employees during the four quarters of 2015, MCBETH was not listed as an employee of the company.

61.     According to records obtained from Arlington Lexus and RouteOne, the Arlington Lexus dealership electronically transmitted MCBETH's loan application information and other credit-related documents to RouteOne. Based on my training and experience, and the training and experience of other law enforcement personnel with whom I have consulted, automotive dealerships use services like RouteOne to communicate with potential lenders for their customers.

62.     According to records obtained from RouteOne, during the relevant time period, RouteOne's servers were located in Texas. Additionally, according to records from RouteOne, there are notations from January 13, 2016 related to MCBETH's credit for his Lexus purchase, including an entry on that date which states "Confirmed Transfer of Control from RouteOne, lLC to LFS CAP."[18]

---

[18] According to the website for Lexus Financial Services, "Lexus Financial Services (LFS) is the finance brand for Lexus in the United States, offering retail auto financing and leasing through participating dealers and Toyota Motor Credit Corporation (TMCC) and Toyota Lease Trust." *See* https://www.lexusfinancial.com/us/en/planning_tools/faq/about_lfs/

20

63.     According to the records of Toyota Motor Credit Corporation, a loan application was submitted to Toyota Motor Credit Corporation for MCBETH showing MCBETH's employer as "LAKESHORE SEWER PLUMBING," with a representation that MCBETH had worked there for three years and made $3,400 monthly. This version of the loan application was typewritten, not handwritten.

64.     According to the records of Toyota Motor Credit Corporation, MCBETH agreed to borrow $13,623.80 from "Lexus Financial Services, a division of Toyota Motor Credit Corporation," to purchase the 2008 Lexus sedan. MCBETH further agreed to make monthly loan payments.

65.     According to a bank statement provided by Arlington Lexus, the loan was funded on or about January 14, 2016 by an ACH (Automated Clearing House) transmission[19] to Arlington Lexus's bank account at Chase Bank in the amount of $13,623.80.

66.     Based on my training and experience, and the training and experience of other law enforcement personnel with whom I have consulted, a transmission of funds via the ACH network from one financial institution to another causes electronic wire communications, not only between the two financial institutions, but also, at

what_is_lexus_financial_services.html (last accessed January 9, 2021). The website further states that "Lexus Financial Services is a division of Toyota Motor Credit Corporation (TMCC)." *See* https://www.lexusfinancial.com/us/en.html (last accessed January 9, 2021).

[19] Based on my training and experience, and the training and experience of other law enforcement personnel with whom I have consulted, the ACH system is a network that processes large volumes of electronic credit and debit transactions in batches.

least in some instances, within each financial institution's electronic record systems as the transaction is processed. In many instances, this can involve a server located in a state other than the state where the funds were sent or received.

67.     According to the records of Toyota Motor Credit Company, MCBETH did not make payments as required and this loan was ultimately charged off by Toyota Motor Credit Corporation.

## II.     CONCLUSION

68.     Based on the above information, I respectfully submit that there is probable cause to believe that MCBETH has committed the offenses of sex trafficking of a minor, in violation of Title 18, United States Code, Section 1591, and wire fraud, in violation of Title 18, United States Code, Section 1343.

FURTHER AFFIANT SAYETH NOT.

Tenzin Atsatsang by IF
Tenzin Atsatsang
Special Agent
Federal Bureau of Investigation

Subscribed and sworn
before me this 12th Day of January, 2021

Honorable GABRIEL A. FUENTES
United States Magistrate Judge

22