# Exhibit 1

**SUMMARY OF CONVERSATIONS WITH WILLIAM MCBETH**

I am employed at Bedi & Singer, LLP. As part of my duties, I interviewed William McBeth about his medical, family, and social history. I spoke with William via Zoom video on May 13, 2024, and July 2, 2024. The following is a summary of our conversations.

While William was born and raised in a two-parent household, both of his parents died when he was just five. They passed away very close in time, and William is not sure which of his parents he lost first. William remembers having so many questions about his mother and father. He kept asking where his parents had gone, but no one would give him any answers. It seemed to him that one day, they were there, and the next day, they were not. In William's view, his parents had just "abandoned [him]" and disappeared into thin air. William recalls he felt "confused." He says, "I could not figure out what was going on." In William's words, "I felt that they had just left me." No one told William until he was much older that his parents did not desert him. They had died. William remembers feeling "alone in the world" without love or support, so he largely kept to himself.

Thus, he was raised by his paternal aunt, Alice McBeth, on the west side of Chicago. Because she is the only maternal figure he has ever known, he refers to her as "Mother." When William's parents died, he was also separated from his siblings, as they went to live with his mother's family. William and his sister left to live with his Aunt Alice and paternal grandmother, who shared the same house. His mother's side of the family took no part in his upbringing.

William recalled living with his aunt was "ok for a while." At first, he and his sister shared a room, which he did not mind. But his life quickly deteriorated at home and at school. His aunt was extraordinarily strict, and she demanded academic perfection from William. William tried so hard to please her, but he had a learning disability and often struggled in his classes. He says, "Sometimes I could not get stuff" when his aunt would quiz him before tests. He says, "Some words I could not spell, and she would get mad and whup me." No matter how hard he tried, sometimes he would "just go blank." Discipline was his aunt's sole response to his learning disability. Because of their relationship, he could not discuss the academic or social issues he confronted at school.

William's only relief came from playing drums in church. There, he felt appreciated, and a male Pastor would give him a couple of dollars when he played. During his younger years, he attended church regularly.

William always felt different from his classmates for several reasons. He was in special education classes, which distanced him from his peers. He remembers how spiteful the other students would be. They would make comments like "Only slow kids go to LD classes." He was also made fun of because he never had the right clothes. He felt "apart" from the other kids because his old clothes and worn-out shoes were what William refers to as "not the fashionable stuff."

1

Worst of all, however, was being bullied because of his skin tone. William recalls kids spoke cruelly about him because, as a light-skinned Black student, his skin tone set him apart and, as he says, made him "look different." Students in his all-Black school bullied him and called him "White boy." William's father was Black, and his mother was White. It was hard enough that William had lost his parents, but to have them disrespected by his classmates made him feel even worse. Not having parents around made him feel "left out." These verbal confrontations sometimes led to physical altercations.

Yet, his sadness was further exacerbated when his classmates insulted his aunt whom he called "mother." His aunt was a dark-skinned Black woman. Because of the difference in skin tone between William and his aunt, other kids taunted him. They would make hurtful "jokes" and nasty comments that she could not be his mother because he was light-complected and his "mother" was dark-skinned. Kids would say, "That's not your mother." The viciousness and relentlessness of these words shattered William and made it distressing for him to attend school.

His teachers were not supportive, either. In grammar school, he was often hit with a paddle for what he describes as "regular stuff like acting out." He would be struck on the hand or on "the behind." These beatings would occur at least three times a week and, sometimes, daily. His aunt was aware of the corporal punishment he received at school but did not do anything about it.

William also confronted health issues as a child, which caused his peers to ostracize him. He had an abscess when he was about five years old, which was treated and then recurred in eighth grade. The abscess was big and painful. Worst of all, kids were talking about it and him. He tolerated the discomfort of the abscess for about a month before receiving medical treatment.

When William was 15, he had grown weary of the belittling at home and the bullying at school; he had had enough. Between home and school, William felt he was "on punishment all the time." After two years of high school, William "grabbed some stuff and left."

William recalls this as a terrible time in his life. He had no stable place to live or sleep. He had thoughts of suicide as "nothing was going right." He was in the streets for about two years, trying to stay alive and make money. Eventually, he was arrested for selling drugs, and his sister bailed him out. William decided it was time to turn his life around. He earned his high school diploma, stopped selling drugs, and started selling cars.

William encountered frequent violence growing up in the Austin neighborhood of Chicago. He saw his first shooting when he was ten and taking the garbage out to the alley. He witnessed a guy getting shot in the back as he ran from the gunman. The guy who was shot fell to the ground and bled out in the snow. William could do nothing to help him.

When William was 12, he saw "Christopher," a person he knew from the neighborhood, get murdered. Christopher was killed in a driveby at Division and Laramie. Christopher was standing on the corner minding his own business when a car pulled up and shot him for no apparent reason. William's memory of that day is seeing Christopher's feet sticking out from under the white sheet as the paramedics carried him away.

Around that time, a classmate was killed by gunfire. William does not remember his name. The classmate was about the same age as William, 12-years-old.

William also recalls seeing his uncle beat his girlfriend with a hammer. William remembers that his uncle was "beating her so bad." William was terrified and could not stop his uncle. He tried to awaken his mother. William was 12. The following year, at 13, William was robbed at gunpoint.

In April 2022, when William was in custody, he lost his friend, Craig Moore. William received an email from his sister telling him of Craig's murder. Craig was sitting in a car, and someone ran up to him and shot him. Craig could at first drive but then lost control of his car and crashed. He had a few surgeries, but doctors were unable to stop the bleeding, and Craig died. William was heartbroken. When he read his sister's email, William recalled, "It really messed me up. When I was free, I would be with him and look after him."

William has seen too much violence to ever feel safe in Chicago. Seeing people getting beaten, shot, and robbed was just a part of his daily life. There were always groups of people around who were causing trouble in the neighborhood. Some of it was gang activity. Some of it was neighborhood or personal disputes.

William now has a different life. William has three children to whom he is devoted and with whom he has a great relationship. He does not want them to grow up alone and unloved, as he was. His children spent every weekend with their father before he was arrested. William took them to the indoor water park at Great Wolf Lodge in Gurnee, Illinois. William and his kids would also go to amusement parks, ride in go-karts, play pinball, and hang out in game rooms. He wanted his children to have a paternal role model and a childhood different from his life. William has visited with his children several times since being in custody.

His youngest child, six-year-old Nala, has her own phone, and he speaks with her frequently. Recently, she asked William why he was in custody, and he said, "I ran a red light." She responded, "Mommy ran a red light, and she did not have to go to jail." William has struggled with the best way to tell his children why their father is incarcerated. He has learned, however, that telling them the truth is the only way to move forward.

When William was first locked up, he struggled. Initially, he had a difficult time trying to adjust to being behind bars. This time in jail is the longest he has ever been in custody. William was taken into custody in January 2021 during the COVID-19 pandemic. William recalls the loneliness of that period: there were no family visits, no cafeteria, no classes, "no nothing." There was barely

even time to shower. The jail was on a schedule of 23 1⁄2 hours in your cell and a half hour out. During that half hour, you could shower, call your family, or stretch your legs.

Socializing with other inmates was nearly impossible. Another inmate would come to your cell to talk, touch the door, and then you would accidentally touch the same door. This contact would cause your mind to reel. What if the other individual was infected? Then you could get infected. And you could die.

Since being locked up, William has tried to turn a negative experience into something positive. He has taken numerous classes for which he has received certificates. He has taken these courses for many reasons, including his desire to obtain his commercial driver's license and work for a trucking company. Eventually, he dreams of owning his own trucking company. He also seeks drug treatment as he knows the only way to thrive personally and professionally is as a clean and sober individual.

Most importantly, William cannot wait to see his children outside of a jail visiting room. He talks to each of them on video Zoom three times a week, splitting up the time between each of his children. Without fail, one of the kids will say, "Daddy, when are you coming home." During the last call, Nala said, "I want you to get out of jail." Being away from his children, especially his youngest, has turned his life upside down. Nala's birth has caused him to reflect upon his own life, these charges, and the importance of taking responsibility for his actions. He realizes he cannot change what has happened before, but he knows it is important to teach his children to take responsibility for their mistakes, admit them, learn from them, and move past them. He is still trying to figure out the best way to explain these crimes to his children so they can understand them in a way that will not destroy their relationship. Their love gives him hope for the future when he feels that he will fall apart.

William is a month away from turning 39. As he has gotten older, he has grown acutely aware of the passage of time and losing friends, family, and loved ones. There have been few moments more painful than receiving an unexpected and impersonal email informing him that someone has died or making a phone call home just to say, "Hey," and being told of another loss. Other than losing his friend, Craig Moore, since he has been in custody, he also lost his Aunt Mabel Banks to illness.

William is profoundly embarrassed and highly remorseful for these charges. At the time of these offenses, drugs had taken over William's life. William did not use the proceeds he received from various acts of prostitution to buy a car, a home, clothes, shoes, or even food. He used the funds to buy drugs. At the time, William was high, 17 or 18 hours a day. Then his body would just "give out" from exhaustion. When he awakened, he sought out more drugs, and the cycle repeated itself. In William's words, "The day follows the drugs." For William, drugs were a way to "escape the problems." If he felt pain and got high, "the pain would go away." Drugs took away all the physical and emotional pain. He says, "I could break my arm, and there would be no pain. You could break your leg, be in a cast, and walk miles, even injuring your leg more, all without pain." At the time, he was using cocaine and ecstasy.

William describes this addiction in detail, stating, "At one point, I felt the drugs were good for me…put me in my own world. [Drugs] made me feel more comfortable…when I was on drugs, I didn't have no problems." However, when William learned that his significant other, Lakeisha Ramsey, was expecting a baby, he gave up drugs. William quit drugs cold turkey and had no more need for illicit funds. Years before being arrested in this case, he had stopped committing the unlawful acts that led to these charges. William knows that he should have sought help for his narcotics addiction. At the time, he believed there was no way out. William now understands he was wrong and there is always a way out. He eventually found his way from addiction to recovery.

William understands that he made many bad choices when he was high. He has learned to take responsibility for his actions. William thinks of the future and says, "I want to show society that I can be the person I want to be." William has made positive steps toward this goal but knows he still has a long way to go. He is confident he will get there. He turned his life around and does not plan to go back. Moving forward is the only path.

This is a summary of my conversations with William McBeth.

Stephanie Hirschboeck