**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

WILLIAM MCBETH

    Defendant.

No. 21 CR 21
Hon. Franklin U. Valderrama

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S SENTENCING
MEMORANDUM**

Defendant William McBeth, by his attorney, Jonathan S. Bedi of Bedi & Singer, LLP, respectfully files this response to the government's sentencing memorandum. (Dkt. 105). In support of this response, William submits the following:

The defense agrees with the grouping of Counts 1 and 2 and Stipulated Offense 1 contained in the plea agreement (Dkt. 91 at 9) and discussed in the government's sentencing memorandum. (Dkt. 105 at 8). The defense disagrees with probation's assertion. (PSR, ¶23). The conduct underlying each of these counts and stipulated offense is related to the same complaining witness, Minor A, and was part of the same continuing offense. U.S.S.G. §3D1.2(b). Therefore, all three should be "grouped into a single Group." U.S.S.G. §3D1.2(b). While the probation department argues that Count 2 is a distinct offense because the "occasion" was different, this is not the case. (PSR, ¶23). As the government lays out in their sentencing memo, the stipulated offense encompasses the conduct in Counts 1 and 2, and therefore all three are part of the same scheme and have the same complaining witness. Therefore, the defense

1

agrees that all offenses should be grouped together and that the base offense level should not be increased by one point.

Respectfully submitted,

s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd., Suite 1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com

**Certificate of Service**

I, Jonathan S. Bedi, hereby certify, I caused a copy of the foregoing Motion to be served on upon the Assistant United States Attorney by causing it to be electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ Jonathan S. Bedi
Jonathan S. Bedi